SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 3:11CR-018-B |
| § | **TO BE FILED UNDER SEAL** |
| RENE QUIMBY (1) § | |

# INDICTMENT

The Grand Jury Charges:

### Count One
Fraud and Related Activity in Connection With Access Devices
(Violation of 18 U.S.C. § 1029(a)(2))

Between on or about January 2007 and December 2007, in the Dallas Division of the Northern District of Texas, the defendant, **Rene Quimby**, knowingly and with the intent to defraud, used one or more unauthorized access devices, to wit:

    a.    a credit card issued to D.N. ending in 6511;

    b.    a credit card issued to A.P. ending in 8061;

    c.    a credit card issued to L.M. ending in 7966; and

    d.    a credit card issued to S.H. ending in 9855;

and by such activity, from on or about January 1, 2007, and ending on or about December 31, 2007, he obtained a thing or things having an aggregate value of $1000 or more, said activity affecting interstate commerce, in that **Rene Quimby** used the access devices, without authority, to order a thing or things of value through the internet.

In violation of 18 U.S.C. § 1029(a)(2).

**Indictment - Page 1**

<u>Count Two</u>
Unauthorized Access of a Protected Computer
(Violation of 18 U.S.C. § 1030(a)(4))

Between on or about January 2007 and December 2007, within the Dallas Division of the Northern District of Texas, the defendant, **Rene Quimby**, knowingly and with intent to defraud accessed a protected computer without authorization and by means of such conduct furthered the intended fraud and obtained a thing or things of value, including but not limited to:

   a.   a Toshiba notebook computer,

   b.   a Canon digital camera,

   c.   a General Electric washer and dryer,

   d.   a Pioneer DVD navigation system,

   e.   a Sony Vaio notebook computer,

   f.   an Apple iPod, a JVC LCD television,

   g.   a Sony Handycam camcorder,

   h.   an IBM Thinkpad Notebook computer, and

   i.   a Kenmore Super Capacity Washer.

In violation of 18 U.S.C. § 1030(a)(4).

Count Three
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A)

Between on or about January 2007 and December 2007, in the Dallas Division of the Northern District of Texas, the defendant, **Rene Quimby**, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to committing fraud in connection with access devices in violation of 18 U.S.C. § 1029(a)(2), as alleged in Count One of the Indictment, and unauthorized access of a protected computer in violation of 18 U.S.C. § 1030(a)(4), as alleged in Count Two of the Indictment.

In violation of 18 U.S.C. § 1028A.

<u>Forfeiture Notice</u>
(18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C))

Upon conviction of either of the offenses alleged in Counts One, Two, and Three of this Indictment and pursuant to 18 U.S.C. § 982(a)(2)(B), the defendant, **Rene Quimby,** shall forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the respective offense.

Upon conviction of the offense alleged in Counts Two and Three of this Indictment and pursuant to 18 U.S.C. § 1029(c)(1)(C), the defendant, **Rene Quimby**, shall forfeit to the United States any personal property used or intended to be used to commit the offense.

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
FRANK L. GATTO
Assistant United States Attorney
Texas State Bar No. 24062396
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5213
E-Mail: frank.gatto@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**RENE QUIMBY**

SEALED INDICTMENT

18 U.S.C. § 1028A
Aggravated Identity Theft

18 U.S.C. § 1029(a)(2)
Fraud and Related Activity in Connection with Access Devices

18 U.S.C. § 1030(a)(4)
Unauthorized Access of a Protected Computer

18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C)
Forfeiture Notice

3 Counts

A true bill rendered

DALLAS                                                   FOREPERSON

Filed in open court this 26th day of January, A.D., 2011.

_____ Clerk

**WARRANT TO ISSUE FOR DEFENDANT RENE QUIMBY.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Number Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**SEALED** | **ORIGINAL**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

RECEIVED JAN 26 2011 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

3-11CR-018-B

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name: **RENE QUIMBY**

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas, Texas

2. **U.S. Attorney Information**

   **AUSA FRANK L. GATTO**    Texas Bar No. 24062396

3. **Interpreter**

   ☒ Yes ☐ No    If Yes, list language and/or dialect: Spanish

4. **Location Status - WARRANT TO ISSUE**

   Arrest Date

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **3**    ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1028A | Aggravated Identity Theft | 1 |
   | 18 U.S.C. § 1029(a)(2) | Fraud and Related Activity in Connection with Access Devices | 2 |
   | 18 U.S.C. § 1030(a)(4) | Unauthorized Access of a Protected Computer | 3 |
   | 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) | Forfeiture Notice | |

   Date January 13, 2011    Signature of AUSA: _____
   FRANK L. GATTO