ORIGINAL SEALED

# United States District Court
## Northern District of Texas
*Dallas Division*

UNITED STATES OF AMERICA

V.

Rene Quimby

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3-11-cr-18-B

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Rene Quimby
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Fraud and Related Activity in Connection with Access Devices, Unauthorized Access of a Protected Computer, Aggravated Identity Theft

in violation of Title   18

United States Code, Section(s)

1029(a)(2), 1030(a)(4), 1028A

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer: *Karen Mitchell*

Magistrate Jeff Kaplan

Jan 26, 2011 — Date
Dallas, TX — Location

/s/ J. Baggett
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

Arrested in C/CA and WDR to N/TX Dallas

DATE RECEIVED: 2/3/11
DATE OF ARREST: 2/3/11

NAME AND TITLE OF ARRESTING OFFICER: AJ Garcia DUSM

SIGNATURE OF ARRESTING OFFICER: [signature]

1745141